AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DAVID L. GLAVIN
86 Mercer Street #705
South Boston, MA 02127

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1615-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   December 2, 2003   in   Suffolk   county, in the   District of   Massachusetts   defendant(s) did, (Track Statutory Language of Offense)

by force and violence, or by intimidation, take money belonging to, or in the care, custody, control, management, or possession of a bank, to wit: the Sovereign bank at 125 Summer Street, Boston, MA,

in violation of Title   18   United States Code, Section(s)   2113(a)   .

I further state that I am a(n)   Special Agent, FBI   and that this complaint is based on the following
Official Title

facts:

See attached affidavit of FBI Special Agent David C. Johnson

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-02-2004   at   Boston, Massachusetts
Date                                                         City and State

CHARLES B. SWARTWOOD
United States Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.