UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The South Bay Correctional Institute, Roxbury, MA

YOU ARE COMMANDED to have the body of ____David L. Glavin____ now in your custody, before the United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, Courtroom No. __16__, on the _5TH_ floor, Boston, Massachusetts on __February 13, 2004__, at __11:00__ A. M.

for the purpose of ____Initial Appearance____

in the case of ____UNITED STATES OF AMERICA V. __David L. Glavin__

CR Number ____04-1615 CBS____

And you are to retain the body of said ____David L. Glavin____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ____David L. Glavin____ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __9th__ day of ____February____, __2004__.


 Charles B. Swartwood, III
UNITED STATES MAGISTRATE JUDGE

                                        TONY ANASTAS, CLERK

                                        By: /s/ Lisa B. Roland
                SEAL                    Lisa B. Roland (617) 748-4446
                                                (508) 929-9905
                                        Deputy Clerk

(Habcorp.wrt - 10/96)                                                                            [kwhcap.] or
                                                                                                    [kwhcat.]