UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. MJ-04-1615-CBS |
| DAVID L. GLAVIN ) | |
| ) | |

## ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court continue the probable cause hearing in this matter, presently scheduled for February 19, 2004, for a period of at least one week to accommodate counsels' schedules and to provide the parties with the opportunity to discuss issues relating to the case and its potential resolution.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3105

February 18, 2004

## CERTIFICATE OF SERVICE

Suffolk, ss.                                          Boston, Massachusetts
                                                      February 18, 2004

    I hereby certify that I served a copy of the foregoing pleading this day on counsel for the defendant, Syrie Fried, Federal Defender Office, 408 Atlantic Avenue, 3rd floor, Boston, MA 02210.

_____
DONALD L. CABELL
Assistant U.S. Attorney