UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                              CR 04-1615-CBS

DAVID GLAVIN,
        Defendant,

<u>ORDER OF APPOINTMENT OF COUNSEL</u>

February 13, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Syrie Fried of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                          CHARLES B. SWARTWOOD, III
                                          MAGISTRATE JUDGE

                                          By the Court:

                                          <u>/s/ Lisa B. Roland</u>
                                          Lisa B. Roland
                                          Deputy Clerk