UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: South Bay Correctional Institute, Roxbury, MA

YOU ARE COMMANDED to have the body of David Glavin now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Building, Courtroom #1 on the 5th Floor, Worcester, MA, on March 12, 2004 at 2:30 p.m., for the purpose of a P/C Hearing in the case of United States of America v. David Glavin, Criminal Number 04-1615-CBS. And you are to retain the body of said David Glavin while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said David Glavin to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 10th Day of March, 2004.

<u>Charles B. Swartwood, III</u>
United States Magistrate Judge

TONY ANASTAS, CLERK

By: <u>/s/ Lisa B. Roland</u>
SEAL      Lisa B. Roland (508) 929-9905
           Deputy Clerk