AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

### —— DISTRICT OF ——

UNITED STATES OF AMERICA

**V.**

David Glavin

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 04-1684-CBS

I, David L. Glavin _____, charged in a (complaint) (petition)

pending in this District with Bank Robbery

in violation of Title 18 USC 2113 (a) , U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

3/12/04
Date

_____
Counsel for Defendant